**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lisa Francis                                CHAPTER 13

                         Debtor(s)

                                                   BKY. NO. 22-10831 ELF


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

        Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.


                                   Respectfully submitted,


                         /s/Rebecca Solarz

                         Rebecca Solarz
                         21 Apr 2022, 11:05:21, EDT


                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 627-1322