# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lisa Francis<br>                Debtor(s)<br><br>Lakeview Loan Servicing, LLC, its successors and/or assigns<br>                Movant<br>    vs.<br>Lisa Francis<br>                Debtor(s)<br><br>Kenneth E. West<br>                Trustee | CHAPTER 13<br><br>NO. 22-10831 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Lakeview Loan Servicing, LLC, which was filed with the Court on or about **May 18, 2022, docket number 18**.

                                             Respectfully submitted,


                                             /s/ Rebecca A. Solarz, Esq.
                                           _____

                                           Rebecca A. Solarz, Esquire
                                           KML Law Group, P.C.
                                           BNY Mellon Independence Center
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106
                                           Phone: (215)-627-1322

Dated: June 21, 2022