IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, | Bankruptcy No. 22-10831-elf |
| LISA FRANCIS, | Chapter 13 |
|     Debtor, | Document No. |
| TOYOTA LEASE TRUST, | |
|     Movant, | |
|        v. | |
| LISA FRANCIS, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | |

CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the June 30, 2022, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Lisa Francis<br>6348 Militia Court<br>Bensalem, PA 19020 | Brad J. Sadek<br>Sadek and Cooper<br>1315 Walnut Street, Suite 502<br>Philadelphia, PA 19107 |

| | |
|---|---|
| Kenneth E. West<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax (412) 456-8135