IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lisa Francis<br>    Debtor<br><br>Lakeview Loan Servicing, LLC<br>    v.<br>Lisa Francis<br>    and<br>Aaron Francis<br>    and<br>Kenneth E. West<br>    Trustee | Chapter 13<br><br>NO. 22-10831 PMM |

## ORDER

AND NOW, this **16th** day of **March**, 2023 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on August 31, 2022 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Lakeview Loan Servicing, LLC, and its successor in title, to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6348 Militia Court Bensalem, PA 19020.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*
United States Bankruptcy Judge.