| | |
|---|---|
| **Fill in this information to identify the** **Fill in this information to identify the case:** | |
| Debtor 1    Lisa Francis | |
| Debtor 2 | |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania | |
| Case number   22-10831 ELF | |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing, LLC    **Court claim no.** (if known): 4-2

**Last 4 digits** of any number you use to identify the debtor's account: 6949

**Date of payment change:**
Must be at least 21 days after date of this notice    12/01/2022

**New total payment:**    $2033.34
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $473.16        New escrow payment: $ 501.66

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %        New interest rate: _____ %

   Current principal and interest payment: $_____        New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $_____        **New mortgage payment:** $_____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor(s)    <u>Lisa                              Francis</u>    Case number *(if known)*  <u>22-10831 ELF</u>
First Name    Middle Name    Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*    Date  11/04/2022
Signature
Print: Michael Farrington
04 Nov 2022, 14:29:39, EDT

Title  <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address    <u>701</u>          <u>Market Street, Suite 5000</u>
Number          Street
Philadelphia,              PA    19106
City                   State    ZIP Code

Contact phone  (215) 627–1322    Email  bkgroup@kmllawgroup.com